UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:08-CR-80(01)RM |
| | ) | |
| ALDEN LEE MCLELLAN | ) | |

OPINION AND ORDER

Alden McLellan pleaded guilty in December 2008 to interstate transportation in aid of racketeering enterprise in violation of 18 U.S.C. §§ 1952(a)(3) and 2, and was sentenced to a term of 46 months' imprisonment. As part of his plea agreement, Mr. McLellan waived the right to appeal his conviction and sentence or to file any post-conviction proceedings, but now asks for a transcript of the his February 11, 2009 sentencing hearing.

Mr. McLellan may obtain a transcript of the sentencing hearing for a fee by contacting the court reporter at (574) 246-8039, but his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended.[1]

---

[1] 28 U.S.C. § 753(f) provides in pertinent part:
    Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

Accordingly, Mr. McLellan's request for a transcript of the February 11, 2009 sentencing hearing [Doc. No. 26] is DENIED.

SO ORDERED.

ENTERED:   November 4, 2010  


                                        /s/ Robert L. Miller, Jr.      
                                      Judge  
                                      United States District Court

cc: A. McLellan  
    W. Grimmer